IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ROBERT E. ANDERSON | § | |
| VS. | § | CIVIL ACTION NO. 6:08cv207 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Judith K. Guthrie. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommended that the case be reversed and remanded with instructions for the Commission to grant Plaintiff's application and to calculate the disability benefits due Plaintiff. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts them as the Court's findings and conclusions except to the extent that they recommend calculating benefits for a closed period. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that the above-entitled Social Security action is

**REVERSED** and **REMANDED** to the Social Security Administration for rendering of benefits for his disability beginning May 5, 2002, and for a determination of the actual onset date of that disability; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED this 3rd day of March, 2010.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE